UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DENNY GOYNE and FELISHIA GOYNE,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK NA,<br><br>　　　　　　　Defendant. | No.   2:15-CV-0312-SMJ<br><br>**ORDER DENYING MOTION FOR EMERGENCY INJUNCTION** |

Before the Court, without oral argument, is Plaintiffs' Order for an Emergency Injunction, ECF No. 2, which the Court construes as a motion. Under Federal Rule of Civil Procedure 65(a)(1), no preliminary injunction can be issued without notice to the opposing party. Plaintiffs did not give notice to the Defendant, so their request for a preliminary injunction must be denied.

//

//

//

//

//

//

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Plaintiffs' Order for an Emergency Injunction, **ECF No. 2**, is **DENIED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 13th day of November 2015.

*[signature]*

_____
SALVADOR MENDOZA, JR.
United States District Judge